# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: MONIQUE ANDREA FREDERICKS,
Plaintiff.

CIVIL ACTION NOS. 18-CV-1930
18-CV-1931
18-CV-1932

FILED MAY 16 2018
KATE BARKMAN, Clerk
By_____ Dep. Clerk

## ORDER

And now, this 15th day of May, 2018, upon consideration of the Motions for Leave to Proceed *In Forma Pauperis* and the *pro se* Complaints filed by Plaintiff Monique Andrea Fredericks, it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED**.

2. Fredericks's Complaints are **DISMISSED WITHOUT PREJUDICE** for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and Rule 8 of the Federal Rules of Civil Procedure, for the reasons set forth in the Court's Memorandum.

3. Fredericks is given leave to amend within thirty (30) days of the date of this Order in the event she can cure the defects noted in the Court's Memorandum. Any amended complaint shall be a complete document that identifies all of the defendants in the caption in addition to the body, and shall describe in detail the basis for Fredericks's claims against each defendant. If Fredericks is alleging that TransUnion LLC, Equifax, and Experian have all refused to remove the same accounts from her credit report, she is **DIRECTED** to file one amended complaint naming all three Defendants and setting forth her claims against them in Civil Action No. 18-1930. If not, Fredericks may file an amended complaint in each civil action noted above. Upon the filing of any amended complaint, the Clerk of Court shall not make service until so **ORDERED** by the Court.

4. The Clerk of Court is **DIRECTED** to furnish Fredericks with three (3) blank copies of this Court's current standard form to be used by a *pro se* litigant filing a civil action bearing the above-captioned civil action numbers.

5. If Fredericks fails to comply with this Order, her cases may be dismissed for failure to prosecute without further notice.

**BY THE COURT:**

_____
CYNTHIA M. RUFE, J.